```
ANNA L. SEDLOCK, Individually      :    IN THE         Exhibit 1
11540 Philadelphia Road, #14
White Marsh, MD 21162              :    CIRCUIT COURT

and                                :    OF MARYLAND

ANNA L. SEDLOCK & ALBERT SEDLOCK:       FOR
as husband and wife
11540 Philadelphia Road, #14       :    BALTIMORE COUNTY

       Plaintiffs                  :

v.                                 :

BOSCOV'S DEPARTMENT STORE, LLC     :
CSC Corporation
2711 Centerville Road, Ste. 400    :
Wilmington, DE 19808
SERVE ON: Resident Agent           :
CSC-Lawyers Incorporating
Service Company                    :
7 St. Paul Street, Ste 820
Baltimore, MD 21202                :

and                                :

BOSCOV'S, INC.                     :
4500 Perkiomen Avenue
Reading, PA 19606                  :
SERVE ON: Resident Agent
The Corporation Trust,             :
Incorporated
2405 York Road, Ste. 201           :
Lutherville-Timonium, MD 21093
                                   :
       Defendants
                                   :
       * * * * * * * * * * * * * * * * * * *
```

COMPLAINT
PRAYER FOR JURY TRIAL
CIVIL INFORMATION SHEET

—1—

Anna L. Sedlock, Individually and Anna L. Sedlock and Albert Sedlock, as husband and wife, Plaintiffs, by Mark C. Miller and Blondell, Miller & Schuler, their attorneys, sue the Defendants, Boscov's Department Store, LLC, and Boscov's, Inc. to wit:

## PREAMBLE

1. Anna L. Sedlock and Albert Sedlock, Plaintiffs, are husband and wife and residents of Baltimore County, Maryland.

2. The Defendant, Boscov's Department Store, LLC, is a Delaware corporation with its principal office in Wilmington, Delaware.

3. The Defendant, Boscov's, Inc., is a Pennsylvania corporation with its principal office in Reading, Pennsylvania.

4. This action arises from a fall on the escalator in the Boscov's store at the White Marsh Mall which is located in Baltimore County, Maryland.

## STATEMENT OF FACTS

5. That on or about October 6, 2023, the Plaintiff, Anna Sedlock, was a business invite of Boscov's in White Marsh Mall.

6. That the Plaintiff was shopping for clothing at Boscov's and made several purchases on the lower floor of the store.

7. That the Plaintiff's husband, Albert Sedlock, was waiting for her on the main floor. The Plaintiff wanted to return to the main floor to meet him.

8. That the Plaintiff first attempted to use the elevator to return to the main floor. The elevator was out of order.

9. Left with only one other viable option, the Plaintiff attempted to use the escalator to go up from the lower floor to the main floor.

10. That unbeknownst to the Plaintiff, the escalator, although moving, was also malfunctioning.

11. That as the Plaintiff stepped onto the escalator and started to move, the escalator began violently shaking causing the Plaintiff to lose her balance and fall backwards.

12. That the escalator had malfunctioned in this manner or a similar manner previously and the Defendant, Boscov's, knew or should have known of the hazard that it presented.

13. That the Defendant, Boscov's to not warn its customers of the hazard that the malfunctioning escalator presented.

14. That as a result of her fall caused by the malfunctioning escalator, the Plaintiff sustained serious personal injuries.

COUNT ONE – BOSCOV'S DEPARTMENT STORE, LLC.

Now comes the Plaintiff, Anna L. Sedlock, and sues the Defendant, Boscov's Department Store, LLC, and realleges and incorporates by reference all those facts and allegations in paragraphs One through Fourteen above and further alleges:

15. The Defendant owed a duty to the Plaintiff to use reasonable and ordinary care to keep its escalator where customers are expected and likely to use safe or give reasonable notice of an unsafe condition existing thereon.

16. The Defendant breached its duty to the Plaintiff causing her serious injuries in that its agents, servants, and employees:

   a. failed to routinely inspect its escalator in the store at White Marsh Mall to ensure that it was working properly as to not present a hazard to customers;

   b. failed to repair the escalator to ensure it was in proper working order as to not present a hazard to customers;

   c. failed to warn the public generally, and the Plaintiff specifically, of the danger posed by the presence of the malfunctioning escalator;

      d. and, in other respects, failed to maintain its escalator in a condition that was safe for customers shopping at the White Marsh store.

17. As a direct and proximate result of the negligence and carelessness of the agents, servants, and employees of the Defendant, the Plaintiff:

      a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotion distress, loss of the capacity for the enjoyment of life;

      b. was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

      c. and, otherwise was hurt, injured and caused to sustain losses.

18. All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of the agents, servants, and employees of the Defendant, Boscov's Department Store, LLC, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

## COUNT TWO – Boscov's Department Store, LLC

Now come the Plaintiffs, Anna L. Sedlock and Albert Sedlock, who sue the Defendant, Boscov's Department Store, LLC, and reallege and incorporate by reference all those facts and allegations contained in Paragraphs One through Eighteen and further allege:

19. That as a result of the injuries to the Plaintiff, Anna L. Sedlock, the Plaintiffs have been and will be deprived of the services, comfort, society, attention and companionship of each other.

20. All of the Plaintiffs' losses were, are and will be due solely to and by reason of the negligence and carelessness of the Defendant, Boscov's Department Store, LLC, without any negligence or want of due care on their part contributing thereto.

WHEREFORE, these Plaintiffs claim damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

## COUNT THREE – BOSCOV'S INC.

Now comes the Plaintiff, Anna L. Sedlock, and sues the Defendant, Boscov's, Inc., and realleges and incorporates by reference all those facts and allegations in paragraphs One through Twenty above and further alleges:

21. The Defendant owed a duty to the Plaintiff to use reasonable and ordinary care to keep its escalator where customers

-6-

are expected and likely to use safe or give reasonable notice of an unsafe condition existing thereon.

22. The Defendant breached its duty to the Plaintiff causing her serious injuries in that its agents, servants, and employees:

    a. failed to routinely inspect its escalator in the store at White Marsh Mall to ensure that it was working properly as to not present a hazard to customers;

    e. failed to repair the escalator to ensure it was in proper working order as to not present a hazard to customers;

    f. failed to warn the public generally, and the Plaintiff specifically, of the danger posed by the presence of the malfunctioning escalator;

    g. and, in other respects, failed to maintain its escalator in a condition that was safe for customers shopping at the White Marsh store.

23. As a direct and proximate result of the negligence and carelessness of the agents, servants, and employees of the Defendant, the Plaintiff:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish,

severe and substantial emotion distress, loss of the capacity for the enjoyment of life;

b. was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

c. and, otherwise was hurt, injured and caused to sustain losses.

24. All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of the agents, servants, and employees of the Defendant, Boscov's, Inc., without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

### COUNT FOUR - Boscov's, Inc.

Now come the Plaintiffs, Anna L. Sedlock and Albert Sedlock, who sue the Defendant, Boscov's, Inc., and reallege and incorporate by reference all those facts and allegations contained in Paragraphs One through Twenty-four and further allege:

25. That as a result of the injuries to the Plaintiff, Anna L. Sedlock, the Plaintiffs have been and will be deprived of the

services, comfort, society, attention and companionship of each other.

26. All of the Plaintiffs' losses were, are and will be due solely to and by reason of the negligence and carelessness of the Defendant, Boscov's, Inc., without any negligence or want of due care on their part contributing thereto.

WHEREFORE, these Plaintiffs claim damages in excess of Seventy-five Thousand ($75,000.00) Dollars.

BLONDELL, MILLER & SCHULER, and

_____
Mark C. Miller AIS#9312150253
628 Eastern Boulevard
Baltimore, MD 21221
410-687-7878
410-687-4657 - Fax
Mark@blondellmiller.com
Attorneys for Plaintiff

| | | |
|---|---|---|
| ANNA L. SEDLOCK, Individually<br>11540 Philadelphia Road, #14<br>White Marsh, MD 21162 | : <br><br>: | IN THE<br><br>CIRCUIT COURT |
| and | : | OF MARYLAND |
| ANNA L. SEDLOCK & ALBERT SEDLOCK<br>as husband and wife<br>11540 Philadelphia Road, #14 | :<br><br>: | FOR<br><br>BALTIMORE COUNTY |
| Plaintiffs | : | |
| v. | : | |
| BOSCOV'S DEPARTMENT STORE, LLC<br>CSC Corporation<br>2711 Centerville Road, Ste. 400<br>Wilmington, DE 19808<br>**SERVE ON**: Resident Agent<br>CSC-Lawyers Incorporating<br>Service Company<br>7 St. Paul Street, Ste 820<br>Baltimore, MD 21202 | :<br><br><br><br>:<br><br>:<br><br>: | |
| and | : | |
| BOSCOV'S, INC.<br>4500 Perkiomen Avenue<br>Reading, PA 19606<br>**SERVE ON**: Resident Agent<br>The Corporation Trust,<br>Incorporated<br>2405 York Road, Ste. 201<br>Lutherville-Timonium, MD 21093 | :<br><br>:<br><br>:<br><br>:<br><br>: | |
| Defendants | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PRAYER FOR JURY TRIAL

Sir/Madam Clerk:

-10-

The Plaintiffs elect and pray to have this case tried before a jury.

                                             BLONDELL, MILLER & SCHULER, and

*/s/ Mark C. Miller*
Mark C. Miller AIS#9312150253
628 Eastern Boulevard
Baltimore, MD 21221
410-687-7878
410-687-4657 - Fax
Mark@blondellmiller.com
Attorneys for Plaintiff

MCM:gar
12/04/2024

-11-