| | | | |
|---|---|---|---|
| ANNA L. SEDLOCK, *et al.* | * | IN THE | |
| *Plaintiffs* | * | UNITED STATES DISTRICT COURT | |
| v. | * | FOR THE | |
| BOSCOV'S DEPARTMENT STORE, LLC, *et al.* | * | DISTRICT OF MARYLAND | |
| | * | Civil Action No. 1:25-cv-00421-CJC | |
| *Defendants* | | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

Plaintiffs Anna and Albert Sedlock, *pro se*, and Defendant Boscov's Department Store, LLC, by and through its counsel, Jessica P. Butkera and Cipriani & Werner, P.C., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of the above action.

Respectfully submitted,

*/s/ Jessica P. Butkera*
Jessica P. Butkera (Federal Bar No.: 29875)
Cipriani & Werner, P.C.
6411 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
Ph: 410-420-0700
jbutkera@c-wlaw.com
*Attorneys for Defendants Boscov's Department Store, LLC and Boscov's, Inc.*

*/s/ Anna Sedlock*, with permission
Anna Sedlock, Plaintiff, *pro se*

*/s/ Albert Sedlock*, with permission
Albert Sedlock, Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2025, a copy of the foregoing

Stipulation was served via first class mail to:

Anna Sedlock
Albert Sedlock
11540 Philadelphia Road
#14
White Marsh, MD 21162
Plaintiffs, *pro se*

/s/ *Jessica P. Butkera*
Jessica P. Butkera (Federal Bar No.: 29875)